**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ALI HUSSAIN DARWICH,

    Plaintiff,

v.                                      Case No. 13-10254

CITY OF DEARBORN, et al.,

    Defendants.
                                         /

**ORDER GOVERNING FORM OF PLAINTIFF'S PAPERS**

Plaintiff Darwich proceeds pro se in this case as he has in other litigation in this court. His papers in this and the other litigation are presented almost exclusively in a hand-printed form, usually on lined notebook paper. Local Rule LR 5.1 ("Filing of Papers") requires, among other things, that papers presented for filing must "be on 8 ½ x 11 inch white paper of good quality, plainly typewritten, printed, or prepared by a clearly legible duplication process, and *double-spaced,* except for quoted material and footnotes. Margins must be at least one inch on the top, sides, and bottom." E.D. Mich LR 5.1.

Plaintiff Darwich habitually presents for filing his hand-printed papers single-spaced, and with insufficient margins. Even though the printing may be reasonably legible, single spaced, no-margin papers are always more difficult to read. Accordingly,

IT IS ORDERED that from this point forward, all Plaintiff's papers presented for filing must be **SINGLE-SPACED WITH 1-INCH MARGINS**, conforming in these and all other ways to the Local Rules for format.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: June 5, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 5, 2013, by electronic and/or ordinary mail.

                                              s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522