**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ALI DARWICH,

    Plaintiff,

v.                                    Case No. 13-10254

CITY OF DEARBORN ET AL.,

    Defendants.
_____/

**REVISED ORDER GOVERNING FORM OF PLAINTIFF'S PAPERS[1]**

Plaintiff Darwich proceeds pro se in this case as he has in other litigation in this court. His papers in this and the other litigation are presented almost exclusively in a hand-printed form, usually on lined notebook paper.  E.D. Mich. LR 5.1 ("Filing of Papers") requires, among other things, that papers presented for filing must "be on 8 ½ x 11 inch white paper of good quality, plainly typewritten, printed, or prepared by a clearly legible duplication process, and double-spaced, except for quoted material and footnotes. Margins must be at least one inch on the top, sides, and bottom."  E.D. Mich LR 5.1(a)(2).

Plaintiff Darwich habitually presents for filing his hand-printed papers single-spaced, and with insufficient margins. Even though the printing may be reasonably legible, single-spaced, no-margin papers are always more difficult to read. Accordingly,

---

[1]This order supplants the court's June 5, 2013 order [Dkt. # 11], which mistakenly ordered Plaintiff to file single-spaced, rather than double-spaced, orders.

IT IS ORDERED that from this point forward, all Plaintiff's papers presented for filing must be **DOUBLE-SPACED WITH 1-INCH MARGINS**, conforming in these and all other ways to the Local Rules.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: September 13, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 13, 2013, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522