# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ALI DARWICH,

    Plaintiff,

v.        Case No. 13-10254

CITY OF DEARBORN, et al.,

    Defendants.

_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Adopting the Magistrate Judge's Report and Recommendation and Dismissing Case with Prejudice" dated September 15, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff. Dated at Detroit, Michigan, this 15th day of September 2014.

        DAVID J. WEAVER
        CLERK OF THE COURT

        s/ Lisa Wagner
      By: Lisa Wagner, Case Manager
        to Judge Robert H. Cleland